EDWARD THOMAS TELL, Appellant, v. NORTH SHORE BUS CO., INC., Respondent, and BRADFORD OGDEN and Others, Defendants.— In an action to recover damages for personal injuries, judgment dismissing the complaint at the close of the plaintiff's case unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Carswell, Johnston, Adel and Close, JJ.

## (March 30, 1942.)

KATHERINE BORAK, Individually and as Administratrix, etc., of JOSEPH BORAK, Deceased, Appellant, v. JOSEPH P. DAY, INC., Respondent, and Others, Defendants.— Action to recover damages for the wrongful death of plaintiff's intestate on the ground that defendant-respondent should have anticipated the striking of a bolt of lightning on a piece of tin about a foot square, on a roof 800 feet long, and have provided against damage to it by means of a ground. Judgment for defendant-respondent unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Hagarty, Carswell, Adel and Taylor, JJ.

VASILY D. DUMBADZE, Appellant, v. AGENCY OF CANADIAN CAR & FOUNDRY COMPANY, LTD., Respondent. (Appeal No. 1.) — Plaintiff appeals from an order directing him to serve a reply to the defenses numbered " Second " to " Ninth " contained in defendant's amended answer. Order affirmed, with ten dollars costs and disbursements; the reply to be served within ten days from the entry of the order hereon. No opinion. Lazansky, P. J., Hagarty, Johnston, Taylor and Close, JJ., concur.

VASILY D. DUMBADZE, Appellant, v. AGENCY OF CANADIAN CAR & FOUNDRY COMPANY, LTD., Respondent. (Appeal No. 2.) — Plaintiff appeals from a resettled order denying his motion to strike out as insufficient in law the defenses numbered " First " to " Ninth " in defendant's amended answer. In his brief plaintiff admits defenses numbered " Second " and " Fourth " are sufficient. Order affirmed, with ten dollars costs and disbursements. Appeal from the original order dismissed, without costs. No opinion. Lazansky, P. J., Hagarty, Johnston, Taylor and Close, JJ., concur.